# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DURWYN TALLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 11-1001-SCW |
| | ) |
| WARDEN HODGE, LT. STANFORD, HARDY, UNKNOWN PARTY 1, The Doctor, COREY KNOP, JAMES KESSELL, KIM BROWN, WEXFORD MEDICAL SERVICES, UNKNOWN PARTY 2, Segregation Property Officer, LT. GOINS, | ) |
| | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

Defendants HARDY, UNKNOWN PARTY 1, The Doctor, KIM BROWN, WEXFORD MEDICAL SERVICES and UNKNOWN PARTY 2, Segregation Property Officer were terminated by omission on January 19, 2012 (Docs. 13 and 14).

Defendants WARDEN HODGE, LT. STANFORD and LT. GOINS, were dismissed by an Order entered by Judge Michael J. Reagan on August 10, 2012 (Doc.23).

The remaining case came before this Court for jury trial.    The jury has rendered its verdict in favor of Defendants CORY KNOP and JAMES KESSEL (Doc. 170).

THEREFORE, judgment is entered in favor of Defendants **WARDEN HODGE, LT. STANFORD, HARDY, UNKNOWN PARTY The Doctor, COREY KNOP, JAMES KESSELL, KIM BROWN, WEXFORD MEDICAL SERVICES, UNKNOWN PARTY 2 Segregation Property Officer** and **LT. GOINS** and against Plaintiff **DURWYN TALLEY.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule

59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

    **DATED** this 25th day of February, 2016

                                      **JUSTINE FLANAGAN, ACTING CLERK**

                                      **BY:** */s/ Angela Vehlewald*
                                                **Deputy Clerk**

**Approved by**  */s/ Stephen C. Williams*
          **United States Magistrate Judge**
               **Stephen C. Williams**